# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ARTHUR GILBERT,       )
      )
      )
     Plaintiff,       )
      )
     v.       )     **Civil Case No. 05-2128 (RJL)**
      )
JANET NAPOLITANO,       )
      )
     Defendant.       )

## FINAL JUDGMENT
(January 12, 2011)

For the reasons set forth in the Memorandum Opinion entered this date, it is

hereby

**ORDERED** that the defendant's Motion for Summary Judgment [#66] is

**GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.


RICHARD J. LEON
United States District Judge